**HOCKERSON–HALBERSTADT, INC., Plaintiff–Appellant,**

v.

**NIKE, INC., La Gear, Inc., and Kinney Shoe Corporation, Defendants,**

and

**Costco Wholesale Corporation, Defendant–Appellee.**

No. 03–1582.

United States Court of Appeals, Federal Circuit.

DECIDED: April 12, 2004.

Lawrence D. Graham, Black Lowe, Principal Attorney, Seattle, WA, for Defendant–Appellee.

James E. Uschold, Principal Attorney, New Orleans, LA, Donald L. Nauman, of Counsel, Santa Rosa, CA, for Plaintiff–Appellant.

Before MAYER, Chief Judge, LOURIE and GAJARSA, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDER and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.